**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00602-CR

### CHRISTOPHER LEN BARBER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-35500-V**

## ORDER

The Court **REINSTATES** the appeal.

On October 28, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 24, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 28, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/ ADA BROWN
JUSTICE